# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA,
### ASHEVILLE DIVISION
### CAUSE NO.  26-203

| | |
|---|---|
| ROBERT H. COOPER, individually and as Administrator of the Estate of NATHALIE COOPER, deceased, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HENDERSONVILLE NC OPCO LLC d/b/a Orchard Valley Health and Rehabilitation; ACCORDIUS HEALTH AT HENDERSONVILLE LLC; ACCORDIUS HEALTH LLC; PISGAH HOLDCO LLC; NC M53 SPE OPCO HOLDCO LLC; THE PORTOPICCOLO GROUP LLC; ASCENT HEALTHCARE MANAGEMENT NC LLC; MOUNTAIN HOME PROPCO LLC; YISROEL (a/k/a ISRAEL) FRIEDMAN; SIMCHA HYMAN; and NAFTALI ZANZIPER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

COMES NOW, Defendant, Hendersonville NC OPCO LLC d/b/a Orchard Valley Health and Rehabilitation, ("Hendersonville NC OPCO"), by and through counsel, and hereby gives notice of removal of the above-entitled action, which is filed as Civil Action Number 26-CV-001332-440 in the General Court of Justice, Superior Court Division of Henderson County, North Carolina, from said Court to the United States District Court for the Western District of

North Carolina, Asheville Division. This Notice of Removal is filed pursuant to 28 U.S.C. §1332; 28 U.S.C. §1441; and 28 U.S.C. §1446.

## CIVIL ACTION REMOVED

1. Civil Action Number 26-CV-001332-440 in the General Court of Justice, Superior Court Division of Henderson County, North Carolina, which is styled "*ROBERT H. COOPER, individually and aa Administrator of the Estate of NATHALIE COOPER, deceased, v. HENDERSONVILLE NC OPCO LLC d/b/a Orchard Valley Health and Rehabilitation; ACCORDIUS HEALTH AT HENDERSONVILLE LLC; ACCORDIUS HEALTH LLC; PISGAH HOLDCO LLC; NC M53 SPE OPCO HOLDCO LLC; THE PORTOPICCOLO GROUP LLC; ASCENT HEALTHCARE MANAGEMENT NC LLC; MOUNTAIN HOME PROPCO LLC; YISROEL (a/k/a ISRAEL) FRIEDMAN; SIMCHA HYMAN; and NAFTALI ZANZIPER,,* is a civil action that was filed on June 9, 2026.

## DIVERSITY OF CITIZENSHIP

2. Under 28 U.S.C. §1332(a), diversity jurisdiction exists when a civil action is between citizens of different states and the amount in controversy exceeds $75,000.00.

3. According to the Complaint, Plaintiff, Robert H. Cooper is an adult resident of Henderson County, North Carolina. *See*, Complaint attached hereto as **Exhibit A.**

4. Defendant Hendersonville NC OPCO LLC d/b/a Orchard Valley Health and Rehabilitation, ("Hendersonville NC OPCO"), is a North Carolina limited liability company. A limited liability company is a citizen of all states in which one of its members is a citizen. *See*, *Saxon Fibers, LLC v. Wood*, 118 Fed. Appx. 750, 753 (4th Cir. 2005) (citing *Gen. Tech. Application, Inc. v. Exro Ltda*, 388 F.3d 114, 120 (4th Cir. 2004)).

5. As pled in the Complaint, Plaintiffs' decedent was a resident of the Hendersonville NC OPCO facility from March 21, 2022, until her death on June 15, 2024. Id. at ¶ 1. Hendersonville NC OPCO began operating the defendant nursing facility on January 1, 2024.

6. Hendersonville NC OPCO LLC d/b/a Orchard Valley Health and Rehabilitation's sole member is Pisgah Holdco LLC. The sole member of Pisgah Holdco LLC is Yisroel (aka Israel) Friedman. Mr. Friedman is a resident of New York. Thus, Hendersonville NC OPCO is a resident of New York.

7. All Defendants consent to this removal. To establish that complete diversity of citizenship exists between the parties as defined by 28 U.S.C. §(a)(1), the following is a concise summary of the residency of each named Defendant:

a. Defendant Accordius Health at Hendersonville LLC' s sole member is NC M53 SPE Opco Holdco LLC. The sole member of NC M53 SPE Opco Holdco LLC is NC SNF Holdco LLC. The sole members of NC SNF Holdco LLC are SHNZ Holdings LLC and SHNZ Operations LLC. The sole members of both SHNZ Holdings LLC and SHNZ Operations LLC are the HC Family Trust and the Zanziper Family Trust. The beneficiaries of each trust are as follows: HC Family Trust beneficiaries are minors[1] J.H., J.H., B.H., with Akiva Schonfeld, a resident of New York, serving as sole trustee. The Zanziper Trust beneficiaries are minors J.Z., J.Z. J.Z. B.Z., H.Z. E.Z., with Natalie Zanziper, a resident of New York, serving as sole trustee. Neither the grantor nor any

---

[1] Because the domicile of a minor is generally considered to be that of the father in determining jurisdiction by virtue of diversity of citizenship, we must identify the parents of the minor beneficiaries in the present case. *See Fahrner v. Gentzsch*, E.D.Pa.1972, 355 F.Supp. 349.

beneficiary of either trust is or has ever been a resident of North Carolina. The parents of both sets of minor beneficiaries are residents of New York. Thus, Accordius Health at Hendersonville LLC is a resident of New York.

b.      Defendant Accordius Health LLC's sole members are Simcha Hyman, a resident of New York, and Naftali Zanziper, a resident of New York. Thus, Accordius Health LLC is a resident of New York.

c.      Defendant Pisgah Holdco LLC's sole member is  Yisroel (aka Israel) Friedman, a resident of New York. Thus, Pisgah Holdco LLC is a resident of New York.

d.      Defendant NC M53 SPE Opco Holdco LLC's sole member is NC SNF Holdco LLC.  The sole members of NC SNF Holdco LLC are SHNZ Holdings LLC and SHNZ Operations LLC.  The sole members of both SHNZ Holdings LLC and SHNZ Operations LLC are the HC Family Trust and the Zanziper Family Trust. The beneficiaries of each trust are as follows: HC Family Trust beneficiaries are minors J.H., J.H., B.H., with Akiva Schonfeld, a resident of New York, serving as sole trustee. The Zanziper Trust beneficiaries are minors J.Z., J.Z. J.Z. B.Z., H.Z. E.Z., with Natalie Zanziper, a resident of New York, serving as sole trustee. Neither the grantor nor any beneficiary of either trust is or has ever been a resident of North Carolina. The parents of both sets of minor beneficiaries are residents of New York.  Thus, NC M53 SPE Opco Holdco LLC is a resident of New York.

e.      Defendant The Portopiccolo Group LLC's sole member is 980 Investments Holdings LLC.  The sole members of 980 Investments Holdings LLC are

Simcha Hyman, a resident of New York, and Naftali Zanziper, a resident of New York. Thus, The Portopiccolo Group LLC is a resident of New York.

f.      Defendant Ascent Healthcare Management NC LLC's sole member is North Carolina Manager Holdco LLC. The sole member of North Carolina Manager Holdco LLC is Yisroel (aka Israel) Friedman, a resident of New York. Thus, Ascent Healthcare Management NC LLC is a resident of New York.

g.      Defendant Mountain Home Propco LLC's sole member is Ascent NC5 Propco Holdco LLC.  The sole member of Ascent NC5 Propco Holdco LLC is NC SNF Propco Holdings LLC.  The sole members of NC SNF Propco Holdings LLC are HC Family Trust, Zanziper Family Trust, and Naftali Zanziper. The beneficiaries of each trust are as follows: HC Family Trust beneficiaries are minors J.H., J.H., B.H., with Akiva Schonfeld, a resident of New York, serving as sole trustee. The Zanziper Trust beneficiaries are minors J.Z., J.Z. J.Z. B.Z., H.Z. E.Z., with Natalie Zanziper, a resident of New York, serving as sole trustee. Neither the grantor nor any beneficiary of either trust is or has ever been a resident of North Carolina. Naftali Zanziper is a resident of New York. The parents of both sets of minor beneficiaries are residents of New York. Thus, Mountain Home Propco LLC is a resident of New York.

h.      Defendant Yisroel (aka Israel) Friedman is a resident of New York.

i.      Defendant Simcha Hyman is a resident of New York.

j.      Defendant Naftali Zanziper is a resident of New York.

8.      As a result of the foregoing facts, complete diversity of citizenship exists between the parties as defined by 28 U.S.C. §(a)(1).

## FACTS AND CONTROVERSY SUPPORTING JURISDICTIONAL AMOUNT

9.     Plaintiffs' Complaint alleges that Defendants are liable under claims for negligence, wrongful death and survival, unfair and deceptive trade practices, and for compensatory, punitive and treble damages.

10.     State practice does not permit a demand for a specific sum and therefore this case is removable even though the Plaintiff has not specifically plead damages in excess of $75,000.00, pursuant to 28 U.S.C. §1446(c)(2).

11.     Based on the type and severity of injuries alleged, the amount in controversy clearly exceeds $75,000.00 exclusive of costs and interest, as required by 28 U.S.C. §1332. Accordingly, this Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. §1332. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. §1441.

## TIMELINESS OF REMOVAL

12.     Hendersonville NC OPCO was served with process on June 12, 2026. Therefore, thirty days have not elapsed since Hendersonville NC OPCO was served with process or became aware of federal jurisdiction exists, and this removal is timely pursuant to 28 U.S.C. §1446(b).

## COPIES OF STATE COURT PROCEEDINGS

13.     Pursuant to 28 U.S.C. §1446(a), Hendersonville NC OPCO has requested and will attach hereto a true and correct copy of all process, pleadings, and orders served upon it on file in 26-CV-001332-440 in the General Court of Justice, Superior Court Division of Henderson County, North Carolina. *See* Certified Court Record (To Be Supplemented) and attached here to as **Exhibit B**.

## NOTICE TO STATE COURT

14.     Hendersonville NC OPCO will immediately file with the Superior Court of Henderson County, North Carolina, a true and correct copy of this Notice, thereby effecting removal of this action to this Court. According to 28 U.S.C. §1446(d), no further proceedings shall be had in Henderson County.

## NOTICE TO PLAINTIFF

15.     Pursuant to 28 U.S.C. §1446(a) and consistent with the Certificate of Service, Plaintiffs are being provided with a copy of this Notice of Removal.

## COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 7.1

16.     Pursuant to Federal Rule of Civil Procedure 7.1, Hendersonville NC OPCO has filed a separate Corporate Disclosure Statement.

Respectfully submitted this, the 13th day of July 2026.

HAGWOOD AND TIPTON, PC

By: */s/ Michael E. Phillips*
Michael E. Phillips (NCSB No. 45198)

Hagwood and Tipton PC
2015 Ayrsley Town Boulevard, Suite 202
Charlotte, NC   28273
Telephone:     (601) 362-6300
Facsimile:     (601) 362-3642
Email:  mphillips@hatlawfirm.com
        cshaeffer@hatlawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing document on all of the parties to this cause by:

____ Hand delivering a copy hereof to the attorney for each said party addressed as follows:

____ Depositing a copy hereof, postage paid, in the United States Mail, addressed to the attorney for each said party as follows:

_X_ Via electronic mail addressed to the attorney for each party as follows:

____ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

____ Telecopying a copy hereof to the attorney for each said party as follows:

Carmaletta L. Henson
**HENSON FUERST, P.A.**
State Bar No.: 26494 NC
P.O. Box 7008
2317 Sunset A venue
Rocky Mount, NC 27804-7008
Telephone: (252) 443-2111
service@lawmed.com
carma@lawmed.com

This, the 13th day of July 2026.

*/s/ Michael E. Phillips*
Michael E. Phillips