# EXHIBIT B

# (to be supplemented)